# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2136 Disciplinary Docket No. 3 |
| | : | |
| ALAN SCOTT GREGORY | : | Board File No. C1-15-107 |
| | : | |
| | : | (District of Columbia Court of Appeals, No. |
| | : | 13-BS-608) |
| | : | |
| | : | Attorney Registration No. 46214 |
| | : | (Out of State) |

## O R D E R

**PER CURIAM:**

AND NOW, this 6th day of April, 2015, Alan Scott Gregory having been disbarred from the practice of law in the District of Columbia by Order of the District of Columbia Court of Appeals filed January 8, 2015; the said Alan Scott Gregory having been directed on February 19, 2015, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that Alan Scott Gregory is disbarred from the practice of law in this Commonwealth and he shall comply with all the provisions of Pa.R.D.E. 217.